AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

John C. Carrington and Deborah T. Carrington
*Plaintiffs*
v.                                                                Civil Action No.      5:13-3422-JMC

Steven T. Mnuchin, IMB Holdco, LLC, OneWest Bank, FSB,
*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiffs shall take nothing of the defendant, IMB HoldCo, LLC, as to the amended complaint and this action is dismissed for lack of personal jurisdiction as to this named defendant. It is further ordered the plaintiffs shall take nothing of the defendant, OneWest Bank, FSB as to the amended complaint and this action is dismissed for failure to state a claim as to this named defendant. The court having entered an order of dismissal as to defendant Steven T. Mnuchin, it is ordered and adjudged the plaintiffs shall take nothing of defendant, Steven T. Mnuchin and this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having granted the defendants' motions to dismiss.

Date:   August 27, 2014                                          *CLERK OF COURT*

                                                                                                s/Angie Snipes
                                                                       _____
                                                                       *Signature of Clerk or Deputy Clerk*